Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

MICHAELS STORES, INC. v. UNITED STATES

No. 14-1051

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☑ As counsel for:   Michaels Stores, Inc.
                                 Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☑ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

Name: Matthew R. Nicely
Law firm: Hughes Hubbard & Reed
Address: 1775 I St., Suite 700, NW
City, State and ZIP: Washington, DC 20006
Telephone: (202) 721-4600
Fax #: (202) 721-4646
E-mail address: nicely@hugheshubbard.com

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes   ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

11/11/13
Date

Signature of pro se or counsel

cc: _____

123

Form 30

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on Nov 11, 2013 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
    (by email or CM/ECF)

| | |
|---|---|
| Matthew R. Nicely | /s/ Matthew R. Nicely |
| Name of Counsel | Signature of Counsel |

Law Firm: Hughes Hubbard & Reed LLP
Address: 1775 I Street NW, Suite 700, NW
City, State, ZIP: Washington, DC 20006
Telephone Number: 202-721-4750
FAX Number: 202-721-4646
E-mail Address: nicely@hugheshubbard.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.