NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**MICHAELS STORES, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

2014-1051

Appeal from the United States Court of International Trade in No. 1:12-cv-00146-JAR, Judge Jane A. Restani.

**ON MOTION**

**O R D E R**

Michaels Stores, Inc. moves without opposition for a an extension of time, until February 3, 2014, to file its principal brief, and for an extension of time, until March 17, 2014, for the United States to file its response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

For the Court

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s27